```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                   CASE NO. 04 B 33405
   DALE M THOMPSON
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY
         Debtor
    SSN XXX-XX-8274


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 09/09/2004 and was confirmed 11/18/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
   creditors  10.00%.

      The case was paid in full 06/13/2008.
--------------------------------------------------------------------------------
   CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                               PAID           PAID
--------------------------------------------------------------------------------
   ROBERT J SEMRAD & ASSOC   NOTICE ONLY    NOT FILED            .00             .00
   ADVANTA EQUITY LINE       UNSECURED      NOT FILED            .00             .00
   AMERICAN EXPRESS TRAVEL   UNSECURED       13888.68            .00         1388.87
   RESURGENT ACQUISITION LL  UNSECURED       18019.26            .00         1801.93
   BANK ONE                  UNSECURED      NOT FILED            .00             .00
   CAPITAL ONE BANK          UNSECURED        2045.66            .00          204.57
   CAPITAL ONE BANK          UNSECURED       10336.80            .00         1033.68
   SMC                       UNSECURED        1852.61            .00          185.26
   ECAST SETTLEMENT CORP     UNSECURED       14073.56            .00         1407.36
   ECAST SETTLEMENT CORP     UNSECURED       19806.59            .00         1980.66
   NEIMAN MARCUS             UNSECURED        4729.14            .00          472.91
   NORDSTROM FSB             UNSECURED        4534.31            .00          453.43
   RETAIL SERVICES           UNSECURED      NOT FILED            .00             .00
   SMC                       UNSECURED        1297.90            .00          129.79
   AMERICAN EXPRESS TRAVEL   UNSECURED       11778.97            .00         1177.90
   ECAST SETTLEMENT CORP     UNSECURED        2212.87            .00          221.29
   CHASE AUTOMOTIVE FINANCE  SECURED NOT I   12623.62            .00             .00
   ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       705.20                         705.20
   TOM VAUGHN                TRUSTEE                                          694.24
   DEBTOR REFUND             REFUND                                            22.91

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
   TRUSTEE                11,880.00

   PRIORITY                                        .00
   SECURED                                         .00
   UNSECURED                                 10,457.65
   ADMINISTRATIVE                               705.20
   TRUSTEE COMPENSATION                         694.24

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 33405 DALE M THOMPSON
```

```
DEBTOR REFUND                                                    22.91
                                      ---------------    ---------------
TOTALS                                      11,880.00         11,880.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                      /s/ Tom Vaughn
  Dated: 09/25/08                     _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE